1       Magistrate Judge J. Richard Creatura

2

3

4

5

6

7

8

9               IN THE UNITED STATES DISTRICT COURT

10              WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| 11  WELLS FARGO BANK, N.A., successor-in-interest to WACHOVIA SBA LENDING, INC., doing business as Wachovia Small Business Capital, | Case No. 3:10-cv-05348-JRC |
| 12 | |
| 13                  Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS |
| 14 | |
| 15  v. | |
| 16  DONALD C. CHILL, individually and on behalf of the marital community, | |
| 17                  Defendant. | |

18

19

20

21

22

23

24

25

26

ORDER GRANTING PLAINTIFF'S MOTION TO
DISMISS - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

1   This matter comes before the court on Plaintiff Wells Fargo Bank N.A.'s ("Plaintiff") Motion to Dismiss. The court considered:

1. Plaintiff's Motion to Dismiss (ECF No. 29); and
2. The Declaration of Jason W. Alexander (ECF No. 30).

Based on the foregoing, the Court ORDERS that Plaintiff's motion to dismiss is GRANTED and Plaintiff's causes of action for breach of contract, negligent misrepresentation, and the Consumer Protection Act are hereby dismissed with prejudice.

Dated this 15th day of October, 2012

J. Richard Creatura
United States Magistrate Judge

Presented by:
SUSSMAN SHANK LLP

By  /s/ Jason W. Alexander
Jason W. Alexander, WSBA 26865
Robert L. Carlton, WSBA 33391
Laurie R. Hager, WSBA 38643
(503) 227-1111
Attorneys for Plaintiff

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS - Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130